IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff/Petitioner<br>vs.<br>**DAVID A. GOULD; ET AL.**<br>Defendant/Respondent | Cause No.: **2:16-cv-01041**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF **COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of July, 2016** at **12:02 PM** at the address of **Bellingham Towers, 119 N. Commercial St., #1000, BELLINGHAM, Whatcom County, WA 98225**; this declarant served the above described documents upon **Tario & Associates, P.S.** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Charlene Steagall**, **OFFICE PARALEGAL, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a brown-haired white female approx. 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with glasses.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 85.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____7/11/2016_____.

_____
**Rich Townsend, Reg. # 139-3713, Whatcom county**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **U S Dept DOJ -Tax Div/PO BOX 683**
Ref #: **U.S. v. David A. Gould, et al. (TARIO)**

Tracking #: **0012438828**