Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:16-cv-1041-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | **REQUEST FOR ENTRY OF** |
| ) | **DEFAULT AGAINST DEFENDANTS** |
| DAVID A. GOULD; JANE C. POLINDER; ) | **TARIO AND ASSOCIATES, P.S., AND** |
| BROOKLINE PROPERTIES, INC.; ) | **WASHINGTON STATE** |
| WHATCOM COUNTY TREASURER; ) | **DEPARTMENT OF SOCIAL AND** |
| TARIO AND ASSOCIATES, P.S.; ) | **HEALTH SERVICES** |
| WASHINGTON STATE DEPARTMENT OF ) | |
| SOCIAL AND HEALTH SERVICES; ) | **Note on Motions Calendar:** |
| FINANCIAL CONCEPTS, LTD.; ) | **October 17, 2016** |
| GOLDSTAR ENTERPRISES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

In accordance with Fed. R. Civ. P. 55(a) and LCR 55(a), the United States of America, through undersigned counsel, requests that the Clerk of the Court enter default against Defendant Tario and Associates, P.S., and against Defendant Washington State Department of Social and Health Services for failing to plead or otherwise defend. The attached Declaration of Charles J. Butler states the basis for this request.

REQUEST FOR ENTRY OF DEFAULT
Case No. 2:16-cv-1041-TSZ
1
**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

| | |
|---|---|
| Dated:  October 17, 2016 | Respectfully submitted,<br><br>CAROLINE D. CIRAOLO<br>Principal Deputy Assistant Attorney General<br><br>*/s/ Charles J. Butler*<br>CHARLES J. BUTLER<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C.  20044<br>202-514-6062 (v)<br>202-307-0054 (f)<br>Charles.J.Butler@usdoj.gov<br><br>Of Counsel:<br>ANNETTE L. HAYES<br>United States Attorney<br>Western District of Washington<br><br>Attorneys for the United States of America |

REQUEST FOR ENTRY OF DEFAULT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to counsel of record for all parties that have appeared in this action.  In addition, the foregoing was served on the following parties by U.S. mail:

> Whatcom County Prosecuting Attorney
> 311 Grand Avenue
> Suite 201
> Bellingham, WA 98225
>
> *Counsel for Washington State Department of Social and Health Services*
>
> Tario and Associates, P.S.
> 119 N. Commercial St.
> #1000
> Bellingham, WA 98225

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

REQUEST FOR ENTRY OF DEFAULT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062