# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID A. GOULD, et al.,<br><br>        Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for entry of default, docket no. 17, is GRANTED in part and DENIED in part. Plaintiff's motion is GRANTED as to defendant Tario and Associates, P.S., which has failed to timely plead or otherwise defend in this action, and default is hereby ENTERED against defendant Tario and Associates, P.S. Plaintiff's motion is DENIED as to defendant Washington State Department of Social and Health Services, on behalf of which counsel filed a Notice of Appearance, docket no. 18, on October 25, 2016.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of October, 2016.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk