Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-1041-TSZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND REQUEST FOR ORDER REGARDING LIEN PRIORITY** |
| | ) | |
| DAVID A. GOULD; JANE C. POLINDER; | ) | |
| BROOKLINE PROPERTIES, INC.; | ) | |
| WHATCOM COUNTY TREASURER; | ) | **Note on Motions Calendar: November 30, 2016** |
| TARIO AND ASSOCIATES, P.S.; | ) | |
| WASHINGTON STATE DEPARTMENT OF | ) | |
| SOCIAL AND HEALTH SERVICES; | ) | |
| FINANCIAL CONCEPTS, LTD.; | ) | |
| GOLDSTAR ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America and Defendant Whatcom County Treasurer (the "parties"),

through their undersigned counsel, hereby stipulate and agree as follows:

<u>THE SUBJECT PROPERTY</u>

The real property at issue in this action (the "Subject Property") is commonly referred to

as "6109 Evergreen Way, Ferndale, Washington 98248." It is more particularly described as

follows:

STIPULATION AND REQUEST FOR ORDER
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1   Lot 1, as delineated on Baycor Short Plat, according to the plat thereof, recorded
2   August 22, 2005, under the Auditor's File No. 2050804879, records of Whatcom
    County, Washington.

3   Situate in Whatcom County, Washington.

4   Assessor's Tax Parcel No. 3902180470220000.

5                            WHATCOM COUNTY'S CLAIMS

6          Under Washington State law, the general taxes assessed on real property constitute a lien

7   on that property beginning on January 1 of the year in which the taxes are assessed until they are

8   paid.  *See* RCW 84.60.020.  Such liens have priority over all other liens.  *See* RCW 84.60.010.

9          The parties agree that any outstanding general tax liens attach to the Subject Property.

10                          THE UNITED STATES' CLAIMS

11         On the following dates, duly authorized delegates of the Secretary of Treasury made

12  timely federal tax assessments against David A. Gould for unpaid federal income taxes for the

13  2000 through 2004 tax years, creating federal tax liens on Mr. Gould's property:

| Tax Year | Assessment Date |
|----------|-----------------|
| 2000 | 02/16/2009<br>12/09/2013<br>12/08/2014 |
| 2001 | 02/16/2009<br>12/09/2013<br>12/08/2014 |
| 2002 | 02/16/2009<br>12/09/2013<br>12/08/2014 |
| 2003 | 02/16/2009<br>12/09/2013<br>12/08/2014 |
| 2004 | 02/16/2009<br>12/09/2013<br>12/08/2014 |

STIPULATION AND REQUEST FOR ORDER
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

On the following dates, duly authorized delegates of the Secretary of the Treasury made timely assessments against Jane C. Polinder for unpaid federal income taxes for the 2000 through 2004 tax years, creating federal tax liens on Ms. Polinder's property:

| Tax Year | Assessment Date |
|---|---|
| 2000 | 02/16/2009<br>11/11/2013<br>11/10/2014 |
| 2001 | 02/16/2009<br>11/11/2013<br>11/10/2014 |
| 2002 | 02/16/2009<br>11/11/2013<br>11/10/2014 |
| 2003 | 02/16/2009<br>11/11/2013<br>11/10/2014 |
| 2004 | 02/16/2009<br>11/11/2013<br>11/10/2014 |

The parties agree that the federal tax liens with respect to both David Gould's and Jane Polinder's property attach to the Subject Property.

<u>STIPULATIONS</u>

Wherefore, the United States and the Whatcom County Treasurer hereby stipulate and agree that, pursuant to 26 U.S.C. § 6323(b)(6), any outstanding balance on any Whatcom County tax liens against the Subject Property, based on the property's value, has priority over the United States' federal tax liens against the Subject Property for the 2000 through 2004 tax years.

Should the United States prevail in this action, the Whatcom County Treasurer would not oppose judicial foreclosure of the Subject Property.  The parties agree that, prior to seeking a final order of sale, they will provide accountings of their interests in the Subject Property, including interest, setting forth the disposition of the Subject Property's sale proceeds, and the

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1   United States will submit a proposed order of sale providing for the payment of any real property

2   taxes due.

3          The parties to this Stipulation agree to bear their own costs and attorney fees, except the

4   costs incurred in selling the Subject Property.  Those costs will be reimbursed from the proceeds

5   of the property's sale prior to satisfying the outstanding liens on the property.

6          Upon both parties' execution of this Stipulation and the Court's entry of the Order, the

7   Whatcom County Treasurer shall not be required to appear at future hearings in this litigation

8   and shall be treated as a non-party for all purposes, including discovery, unless the Court orders

9   otherwise.

10          The parties so agree and request an order confirming the foregoing.  The parties are

11   submitting a proposed order along with this Stipulation.

12

13   //

14

15   //

16

17   //

18

19   //

20

21   //

22

23

STIPULATION AND REQUEST FOR ORDER
Case No. 2:16-cv-1041-TSZ

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1 | Dated:  November 30, 2016

2 | Respectfully submitted,

3 | CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

4 |

5 | */s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division

6 | U.S. Department of Justice
P.O. Box 683

7 | Washington, D.C.  20044
202-514-6062 (v)

8 | 202-307-0054 (f)
Charles.J.Butler@usdoj.gov

9 |

*Attorneys for the United States*

10 |

11 |

12 | */s/ Royce Buckingham*
ROYCE BUCKINGHAM
Civil Deputy Prosecuting Attorney

13 | Whatcom County Prosecuting Attorney

14 | *Attorney for Whatcom County Treasurer*

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

STIPULATION AND REQUEST FOR ORDER
Case No. 2:16-cv-1041-TSZ

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on November 30, 2016, I filed the foregoing with the Clerk of Court

3 using the CM/ECF system, which will provide electronic notice to counsel for all parties who

4 have appeared in this action.

5

6

7

8                                                  *s/ Charles J. Butler*
                                                   CHARLES J. BUTLER
9                                                  Trial Attorney, Tax Division
                                                   U.S. Department of Justice
10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND REQUEST FOR ORDER          6              **U.S. DEPARTMENT OF JUSTICE**
Case No. 2:16-cv-1041-TSZ                                 Tax Division, Western Region
                                                          P.O. Box 683
                                                          Washington, D.C.  20044
                                                          Telephone: 202-514-6062