UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant David A. Gould's motion to dismiss, for judgment on the pleadings, or for a more definite statement, docket no. 28, is DENIED for the reasons set forth in the Government's response, docket no. 34.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Gould pro se via both first-class international airmail and e-mail.

Dated this 28th day of April, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1