UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff United States of America's unopposed motion for leave to amend, docket no. 38, is GRANTED, and plaintiff shall electronically file its amended complaint within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of September, 2017.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1