# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's unopposed motion to continue the trial date and related dates and deadlines, docket no. 41, is GRANTED. The trial date is CONTINUED from March 5, 2018, to May 7, 2018. An amended scheduling order will be separately issued.

(2) Defendant David A. Gould's unopposed motion for extension of time, docket no. 46, is GRANTED. The deadline for defendant David A. Gould to file an answer to the Government's Amended Complaint is EXTENDED to October 16, 2017.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant David A. Gould pro se.

Dated this 6th day of October, 2017.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1