UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court hereby sets the following dates and deadlines:

| | |
|---|---|
| **BENCH TRIAL DATE** | **May 7, 2018** |
| Discovery motions filing deadline | December 7, 2017 |
| Discovery completion deadline | January 15, 2018 |
| Dispositive motions filing deadline | February 15, 2018 |
| Motions in limine filing deadline | April 5, 2018 |
| Agreed pretrial order due | April 20, 2018 |
| Trial briefs and proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR 32(e) | April 20, 2018 |
| Pretrial conference **11:00 a.m.** on | April 27, 2018 |

MINUTE ORDER - 1

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 33, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
