1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

6

UNITED STATES OF AMERICA,

Plaintiff,

7

v.

C16-1041 TSZ

8

DAVID A. GOULD, et al.,

MINUTE ORDER

9

Defendants.

10

11    The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

12    (1)    Defendant David A. Gould's motion to dismiss, docket no. 49, is
TREATED as a motion for reconsideration and is DENIED. The Court denied Gould's
13  motion to dismiss, for judgment on the pleadings, or for a more definite statement, docket
no. 28, for the reasons set forth in the Government's response, docket no. 34. _See_ Minute
14  Order (docket no. 36). In his untimely motion for reconsideration, _see_ Local Civil
Rule 7(h)(2) (setting forth a 14-day deadline), Gould presents the same arguments made
15  in his earlier motion, and he has not shown either manifest error in the prior ruling or new
facts or legal authority that could not have been brought to the Court's attention earlier
16  with reasonable diligence, _see_ Local Civil Rule 7(h)(1). Moreover, Gould filed his
current motion after the extended deadline for him to file an answer to the Government's
17  Amended Complaint expired on October 16, 2017. _See_ Minute Order (docket no. 47).

18    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

19

Dated this 25th day of October, 2017.

20

21                                                        William M. McCool
                                                          Clerk

22
                                                          s/Karen Dews
23                                                        Deputy Clerk

MINUTE ORDER - 1