UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's unopposed motion, docket no. 51, is treated as requesting a continuance of the trial date and remaining related deadlines, and is GRANTED as follows. The trial date is CONTINUED from May 7, 2018, to September 4, 2018. An amended scheduling order will be separately issued.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant David A. Gould pro se.

Dated this 7th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1