UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 60, to expedite defendant David A. Gould's motion for protective order is GRANTED as follows. Defendant Gould's motion for protective order, docket no. 55, which is currently noted for April 11, 2018, is EXPEDITED and RENOTED to March 23, 2018. Defendant Gould's reply is due on the new noting date.

(2) The parties' agreed motion to continue the trial date and related deadlines, docket no. 58, is RENOTED to March 23, 2018, and will be considered together with the pending motion for protective order, docket no. 55, and defendant Jane C. Polinder's motion to compel discovery from defendant Gould, docket no. 57.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2018.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1