UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

DAVID A. GOULD, et al.,

          Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Jane Polinder having withdrawn her motion to compel discovery from defendant David Gould, *see* Reply at 2 (docket no. 63), such motion, docket no. 57, is hereby STRICKEN.

(2) Defendant David Gould's motion for a protective order, docket no. 55, as to which no reply was timely filed, *see* Minute Order at ¶ 1 (docket no. 61), is DENIED. The Court DECLINES to require the government to take pro se defendant Gould's deposition via telephone, video, or written questions or at a location in Asia. Gould shall provide to counsel for the government, within fourteen (14) days of the date of this Minute Order, copies of all of his passports. If counsel for the government determines that Gould can enter the United States on one or more of his passports without risk of arrest, detention, or restriction on return travel, the government may note and take his deposition in Seattle at a mutually convenient time. If Gould cannot so enter the United States, the government may note and take his deposition in Vancouver, British Columbia, Canada.

(3) The parties' agreed motion to continue the trial date and related deadlines, docket no. 58, is GRANTED as follows. The bench trial date of September 4, 2018, and all remaining related dates and deadlines are STRICKEN. Defendant Gould's deposition

MINUTE ORDER - 1

shall be conducted on or before August 3, 2018.  All discovery shall be complete by August 31, 2018.  On or before September 14, 2018, the parties shall confer and file a Joint Status Report indicating when they will be prepared for trial in this matter.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2018.

                                       William M. McCool
                                       Clerk

                                       s/Karen Dews
                                       Deputy Clerk