Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID A. GOULD, et al., <br><br> Defendants. | Case No. 2:16-cv-1041-TSZ <br><br> **REQUEST FOR ENTRY OF ORDER TO APPEAR OR PLEAD BY A DAY CERTAIN TO EFFECTUATE SERVICE BY PUBLICATION** <br><br> **Note on Motions Calendar:** <br> **November 5, 2018** |

The United States of America requests that the Court enter the attached Order to Appear or Plead by a Day Certain so as to allow for service by publication on Brookline Properties, Financial Concepts, Ltd., and Goldstar Enterprises, Inc., as stated in the Court's Order of November 1, 2018 (Dkt. 82).

Paragraph 3 of the Court's November 1 Order states the following: "The Government may take the steps necessary to serve defendants Brookline Properties, Financial Concepts, Ltd., and Goldstar Enterprises, Inc. by publication." For the United States to serve these entities by publication, it must obtain an order from the Court directing the entities to appear or plead by a day certain. The United States will then have that order published in a local periodical not less than once a week for six consecutive weeks, as well as attempt to serve the order in person. *See*

UNITED STATES' REQUEST FOR ENTRY OF ORDER
TO APPEAR OF PLEAD BY A DAY CERTAIN
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

1  28 U.S.C. § 1655.  Accordingly, the United States requests that the Court enter the attached

2  Order to Appear or Plead by a Day Certain.

4  Dated:  November 5, 2018                         Respectfully submitted,

                                                   RICHARD E. ZUCKERMAN
                                                   Principal Deputy Assistant Attorney General

                                                   /s/ Charles J. Butler
                                                   CHARLES J. BUTLER
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 683
                                                   Washington, D.C.  20044
                                                   202-514-6062 (v)
                                                   202-307-0054 (f)
                                                   Charles.J.Butler@usdoj.gov

                                                   Of Counsel:
                                                   ANNETTE L. HAYES
                                                   United States Attorney
                                                   Western District of Washington

                                                   Attorneys for the United States of America

UNITED STATES' REQUEST FOR ENTRY OF ORDER
TO APPEAR OF PLEAD BY A DAY CERTAIN
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

UNITED STATES' REQUEST FOR ENTRY OF ORDER
TO APPEAR OF PLEAD BY A DAY CERTAIN
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062