UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID A. GOULD; JANE C. POLINDER; BROOKLINE PROPERTIES; WHATCOM COUNTY TREASURER; WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; FINANCIAL CONCEPTS, LTD.; and GOLDSTAR ENTERPRISES, INC.,<br><br>    Defendants. | C16-1041 TSZ<br><br>ORDER |

The Government's motion, docket no. 75, for leave to serve by publication having been granted, *see* Minute Order at ¶ 3 (docket no. 82), the Government's request, docket no. 83, for entry of an order to appear or plead by a date certain is GRANTED as follows:

(1) In this action, the United States of America seeks *inter alia* to foreclose federal tax liens on real property located at 6109 Evergreen Way, Ferndale, Washington 98248, which is legally described as

> Lot 1, as delineated on Baycor Short Plat, according to the plat thereof, recorded August 22, 2015, under the Auditor's File No. 2050804879, records of Whatcom County, Washington.
>
> Situate in Whatcom County, Washington.
>
> Assessor's Tax Parcel No. 3902180470220000.

ORDER - 1

In May 1998, defendant David A. Gould purported to transfer his interest in the real property to defendant Brookline Properties, which is a trust. Mr. Gould and/or Brookline Properties thereafter purported to transfer interests in the real property to defendants Financial Concepts, Ltd. and/or Goldstar Enterprises, Inc. The deadline for defendants Brookline Properties, Financial Concepts, Ltd., and Goldstar Enterprises, Inc. to file a responsive pleading or motion or otherwise appear in this action is **January 31, 2019.** If these defendants do not timely plead, move, or appear, they will be deemed in default, and the Court will proceed to adjudicate their interests in the real property at issue. *See* 28 U.S.C. § 1655.

(2) The Government is DIRECTED to personally serve a copy of this Order, to the extent practicable, on defendants Brookline Properties, Financial Concepts, Ltd., and Goldstar Enterprises, Inc. The Government shall also arrange for a copy of this Order to be published at least once each week for six consecutive weeks in newspapers and online media outlets serving Ferndale and Whatcom County, including the Ferndale Record, the Bellingham Herald, and the Lynden Tribune.

(3) The Government is further DIRECTED to personally serve a copy of this Order on any person (other than defendant Jane C. Polinder) who is in possession or charge of the real property located at 6109 Evergreen Way, Ferndale, Washington 98248. *See* 28 U.S.C. § 1655. Ms. Polinder will be deemed to have been served with a copy of this Order when notification of its filing is electronically transmitted to her counsel of record.

(4)     The Government shall file with the Court a certification of service upon completion of the requirements of Paragraphs 2 and 3, above.

(5)     The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 13th day of November, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER - 3