1

2

3

4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                   AT SEATTLE

6    UNITED STATES OF AMERICA,

7                        Plaintiff,

8          v.

9    DAVID A. GOULD; JANE C. POLINDER;
     BROOKLINE PROPERTIES; WHATCOM              C16-1041 TSZ
10   COUNTY TREASURER; TARIO AND
     ASSOCIATES, P.S.; WASHINGTON               MINUTE ORDER
11   STATE DEPARTMENT OF SOCIAL
     AND HEALTH SERVICES; FINANCIAL
12   CONCEPTS, LTD; and GOLDSTAR
     ENTERPRISES, INC.,
13
                         Defendants.
14

15         The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:

16
           (1)    Within fourteen (14) days of the date of this Minute Order, plaintiff (the
17   "Government") shall file a reply to defendant David A. Gould's response, docket no. 90,
     to the Minute Order entered December 17, 2018, docket no. 88, which directed him to
18   show cause why he is entitled to a jury trial. Such reply shall not exceed eight (8) pages
     in length. Such reply shall also address the status of defendant Tario and Associates, P.S.
19   ("Tario"). On February 24, 2017, the Government filed a notice of dismissal without
     prejudice of its claims against Tario. Notice (docket no. 35). The Amended Complaint,
20   docket no. 40, filed on September 11, 2017, however, includes Tario as a defendant.

21         (2)    Defendants Jane C. Polinder and Washington State Department of Social
     and Health Services shall file briefs, not to exceed five (5) pages in length, within seven
22   (7) days after the Government files its reply, concerning whether trial in this matter
     should be to the bench or a jury or some combination.

23

     MINUTE ORDER - 1

1      (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

2      Dated this 28th day of January, 2019.

3

4                                                     William M. McCool
                                                      Clerk

5
                                                      s/Karen Dews
6                                                     Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2