Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-1041-TSZ |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATION OF PUBLICATION** |
| DAVID A. GOULD, et al., | ) | |
| Defendants. | ) | |

The United States of America, through undersigned counsel, hereby certifies compliance with the Court's Order of November 14, 2018 (Dkt. 85), directing the United States to perform the following actions: (1) personally serve the Order, to the extent practicable, on Defendants Brookline Properties, Financial Concepts Ltd., and Goldstar Enterprises Inc.; (2) arrange for the Court's Order to be published in approved newspapers serving Ferndale and Whatcom County at least once per week for six consecutive weeks; and (3) personally serve the Order on any person, other than Defendant Jane Polinder, who is in possession or charge of the property at 6109 Evergreen Way, Ferndale, Washington 98248.

The United States has effected service by publication on Brookline Properties, Financial Concepts Ltd., and Goldstar Enterprises Inc.  Attached as Exhibit A is the affidavit of an official

CERTIFICATION OF PUBLICATION
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1  of the Ferndale Record, a newspaper of general circulation published weekly and online in

2  Whatcom County, Washington.  The affidavit verifies that the Ferndale Record published the

3  Court's Order once per week for six consecutive weeks commencing on November 18, 2018, and

4  ending on January 2, 2019.

5         Attached as Exhibit B is the affidavit of an official of the Bellingham Herald, a

6  newspaper of general circulation published daily and online in Whatcom County, Washington.

7  The affidavit verifies that the Bellingham Herald published the Court's Order once per week for

8  six consecutive weeks on the following dates:  December 19 and 26, 2018, and January 2, 9, 16,

9  and 23, 2019.

10         Attached as Exhibit C is the affidavit of an official of the Lynden Tribune, a newspaper

11  of general circulation published weekly and online in Whatcom County, Washington.  The

12  affidavit verifies that the Lynden Tribune published the Court's Order once per week for six

13  consecutive weeks commencing on December 12, 2018, and ending on January 16, 2019.

14         With respect to personal service on Brookline Properties, Financial Concepts, and

15  Goldstar Enterprises, for the reasons stated in the United States' Motion for Leave to Serve by

16  Publication and for Extension of Time to Serve (Dkt. 75), despite extensive efforts, neither the

17  Department of Justice nor the IRS has been able to locate a representative for any of these

18  entities.  *See* Declaration of Charles J. Butler, March 28, 2019, ¶ 2.  In addition, the IRS has no

19  record of any of these entities having made federal tax filings.  *See id.* ¶ 3.  The United States,

20  therefore, was not able to effect personal service of the Court's Order on any of these entities.

21          Finally, neither the Department of Justice nor the IRS is aware of any person, other than

22  Defendant Jane Polinder (or Defendant David Gould), who is in possession or charge of the

23  property located at 6109 Evergreen Way, Ferndale, Washington 98248.

24

25

26

CERTIFICATION OF PUBLICATION
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1 | Dated:  March 28, 2019

2

3

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

4

5

6

7

8

9

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6062 (v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

10

11

12

Of Counsel:
BRIAN T. MORAN
United States Attorney
Western District of Washington

13

*Attorneys for the United States of America*

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATION OF PUBLICATION
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

CERTIFICATION OF PUBLICATION
Case No. 2:16-cv-1041-TSZ

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062