# EXHIBIT A

# Ferndale Record

SERVING FERNDALE, BLAINE, CUSTER AND BIRCH BAY, WASHINGTON SINCE 1885

## AFFIDAVIT OF PUBLICATION

**LEGAL**

**NOTICE OF SERVICE BY PUBLICATION OF COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON SEATTLE DIVISION**

UNITED STATES OF AMERICA, Plaintiff,
v.
DAVID A. GOULD; JANE C. POLINDER; WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; BROOKLINE PROPERTIES; FINANCIAL CONCEPTS, LTD.; and GOLDSTAR ENTERPRISES, INC., Defendants.

Case No. 2:16-cv-1041-TSZ
TO BROOKLINE PROPERTIES; FINANCIAL CONCEPTS, LTD.; and GOLDSTAR ENTERPRISES, INC.:
You are hereby summoned to appear or plead within 60 days of November 28, 2018, and defend the above titled action in the United States District Court for the Western District of Washington, by answering the Complaint of the plaintiff, the United States of America, and serving a copy of the answer on the undersigned attorney for the United States at his office stated below. If you fail to do so, judgment will be entered against you according to the Complaint's demands.

The purpose of this action is to (1) reduce to judgment outstanding federal tax assessments against defendants David A. Gould and Jane C. Polinder and (2) foreclose the related federal tax liens on the real property at 6109 Evergreen Way, Ferndale, Washington 98248, and more particularly described as follows:

Lot 1, as delineated on Baycor Short Plat, according to the plat thereof, recorded August 22, 2005, under the Auditor's File No. 2050804879, records of Whatcom County, Washington.
Situate in Whatcom County, Washington.
Assessor's Tax Parcel No. 3902180470220000.
Because you may possess an interest in this property, the United States District Court has ordered that you be served by publication of this Summons. If you fail to respond, default judgment will be entered against you for the relief demanded in the Complaint.
United States' Attorney:
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062
Charles.J.Butler@usdoj.gov

Published November 28, December 5, 12, 19, 26, 2018 and January 2, 2019.

---

STATE OF WASHINGTON,
COUNTY OF WHATCOM

R. Treloar _____ being first sworn on oath, deposes and says that she is the principal clerk of the FERNDALE RECORD, a weekly newspaper. That said newspaper is a legal newspaper and has been approved as a legal newspaper by order of the superior court in the county in which it is published and it is now and has been for more than six months prior to the date of publications hereinafter referred to, published in the English language continually as a weekly newspaper in Whatcom County, Washington, and it is now, and during all of said time was, printed in an office maintained at the aforesaid place of publication of said newspaper.

That the annexed is a true copy of a Notice of Service by Publication of Complaint, RE: USA v. Gould as it was published in regular issues (and not in supplement form)

of said newspaper once each week for a period of Six consecutive weeks, commencing on the 28th day of Nov., 2018, and ending on the 2nd day of Jan 2019, both dates inclusive, and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the

foregoing publication is the sum of $1101.53 which amount has been paid in full.

Subscribed and sworn to before me this 2nd day of Jan 2019.

M.D. Lewis
Notary Public in and for the State of Washington,
residing in Lynden.

[Notary Seal: MICHAEL DAVID LEWIS, COMMISSION EXPIRES JULY 20, 2020, NOTARY PUBLIC, STATE OF WASHINGTON]

2008 Main St., Suite B • Ferndale, WA 98248 • Mailing: P.O. Box 153 • Lynden, WA 98264 • (360) 354-4444