UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. GOULD; JANE C. POLINDER; BROOKLINE PROPERTIES; WHATCOM COUNTY TREASURER; WASHINGTON STATE DEPARTEMENT OF SOCIAL AND HEALTH SERVICES; FINANCIAL CONCEPTS, LTD.; and GOLDSTAR ENTERPRISES, INC.,<br><br>Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Government's motion for entry of default, docket no. 109, is GRANTED, and default is hereby ENTERED against defendants Brookline Properties, Financial Concepts, Ltd., and Goldstar Enterprises, Inc.  *See* Order (docket no. 85) (setting a deadline of January 31, 2019, for such defendants to file a responsive pleading or motion or otherwise appear in this action).

(2)     The Government's unopposed motion for extension, docket no. 111, is GRANTED, and the deadline for filing dispositive motions is EXTENDED from May 23, 2019, to June 17, 2019.  The deadline for filing all motions related to expert witnesses is EXTENDED from May 30, 2019, to June 24, 2019.  Dispositive motions shall be noted for the fourth Friday after filing, and motions related to expert witnesses shall be noted for the third Friday after filing.

MINUTE ORDER - 1

(3) The Government's motion for sanctions, docket no. 101, is RENOTED to June 14, 2019.  On or before the new noting date, the Government shall file a reply to defendant David A. Gould's declaration, docket no. 112, indicating whether the certificates of diagnosis attached thereto are authentic or fraudulent.[1]  In support of its position, the Government shall set forth an evidentiary basis that would be admissible at trial, and if the certificates of diagnosis are authentic, the Government shall provide the opinion of a qualified medical expert concerning whether the health issues identified in the certificates would preclude Mr. Gould from traveling to the United States.  No response to the Government's reply shall be filed by Mr. Gould unless requested by the Court.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se David Gould.  Mr. Gould is again DIRECTED to provide a valid residential address in Taiwan, where he has declared under penalty of perjury he is currently located.

Dated this 17th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] The certificate of diagnosis from Chang Gung Memorial Hospital at Linkou is signed by a doctor who does not appear on the hospital's website, http://www.chang-gung.com, and the address at the bottom of the certificate (No. 5, Fu-hsing St., Kuei-shan Dist., Taoyuan, Taiwan) is different from the Romanized version of the hospital's address on the website (No. 5, Fuxing St., Guishan Dist., Taoyuan City, Taiwan), which undermines the credibility of the certificate. The certificate of diagnosis from Min-Sheng General Hospital has not been fully translated into English and the attending physician's signature is indecipherable.

MINUTE ORDER - 2