UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion to extend the dispositive motions filing deadline, docket no. 115, to which some, but not all, other parties have consented, is RENOTED to June 21, 2019. *See* Local Civil Rule 7(d)(2). Any response shall be filed by June 19, 2019. The dispositive motions filing deadline is *sua sponte* extended from June 17, 2019, to June 20, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1