# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Government's reply, docket no. 117, in support of its motion for sanctions, docket no. 101, the Court DIRECTS the Government to make arrangements to depose defendant David A. Gould by videoconference or similar method. The Government may record the deposition by any means of its choosing. Such deposition shall occur at a mutually convenient time on or before August 16, 2019. The Court ORDERS defendant David A. Gould to cooperate in scheduling the deposition and to attend and participate in good faith in the deposition. Any failure to do so on defendant David A. Gould's part shall be grounds for entry of default against him. All documents to be used during such deposition by any party, including materials on which defendant David A. Gould will rely to refresh his recollection or otherwise, shall be transmitted via email or facsimile to the opposing party or parties at least three (3) business days in advance of the deposition. The Government's motion for sanctions, docket no. 101, is DEFERRED and RENOTED to August 23, 2019. On or before the new noting date, the Government shall file a supplemental reply describing the status of discovery and indicating whether any **additional** grounds exist for seeking sanctions against defendant David A. Gould.

MINUTE ORDER - 1

(2) The deadline for filing dispositive motions is *sua sponte* EXTENDED from July 17, 2019, to September 12, 2019. The deadline for filing all motions related to expert witnesses is *sua sponte* EXTENDED from July 24, 2019, to September 19, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 2