# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID A. GOULD, et al.,<br><br>    Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's unopposed motion to extend deadlines, docket no. 120, is GRANTED as follows:

    (a) The deadline for deposing defendant David A. Gould by videoconference or similar method is EXTENDED to **September 30, 2019**;

    (b) The Government's motion for sanctions, docket no. 101, is RENOTED to Friday, **October 11, 2019**, and the Government's supplemental reply is due on the new noting date;

    (c) The deadline for filing dispositive motions is EXTENDED from September 12, 2019, to **October 28, 2019**; and

    (d) The deadline for filing all motions related to expert witnesses is EXTENDED from September 19, 2019, to **November 4, 2019**.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and pro se parties.

Dated this 13th day of August, 2019.

                                           William M. McCool
                                           Clerk

                                           s/Karen Dews
                                           Deputy Clerk

MINUTE ORDER - 1