1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
4

5   UNITED STATES OF AMERICA,

6                    Plaintiff,

                                              C16-1041 TSZ
7           v.

                                              MINUTE ORDER
8   DAVID A. GOULD, et al.,

9                    Defendants.

10      The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:
11
        (1)     The Government's unopposed motion to extend deadlines, docket no. 123,
12  is GRANTED as follows:

13          (a)     The Government's second motion for sanctions, docket no. 101, is
    RENOTED to Monday, **November 25, 2019**, and the Government's supplemental
14  reply is due on the new noting date;

15          (b)     The deadline for filing dispositive motions is EXTENDED from
    October 28, 2019, to **December 12, 2019**; and

16          (c)     The deadline for filing all motions related to expert witnesses is
    EXTENDED from November 4, 2019, to **December 19, 2019**.
17
        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
18  record and pro se parties.

19      Dated this 10th day of October, 2019.

20                                            William M. McCool
                                              Clerk
21
                                              s/Karen Dews
22                                            Deputy Clerk

23

MINUTE ORDER - 1