UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion for extension, docket no. 127, is RENOTED to the second Friday after filing, namely December 13, 2019. *See* Local Civil Rule 7(d)(2). Any response shall be filed by December 11, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1