<pre>
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID A. GOULD, et al.,<br><br>        Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's unopposed motion for extension, docket no. 127, is GRANTED as follows:

    (a) The deadline for filing dispositive motions is EXTENDED from December 12, 2019, to January 27, 2020; and

    (b) All other deadlines set forth in the Minute Order entered October 10, 2019, docket no. 124, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of December, 2019.

                                     William M. McCool
                                     Clerk

                                     s/Karen Dews
                                     Deputy Clerk

MINUTE ORDER - 1