# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

DAVID A. GOULD, et al.,

           Defendants.

C16-1041 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Government's motion for extension, docket no. 132, _see_ Notice (docket no. 133) (indicating that the motion is unopposed), is GRANTED as follows:

        (a)    The deadline for filing dispositive motions is EXTENDED from January 27, 2020, to March 12, 2020; and

        (b)    All other deadlines set forth in the Minute Order entered October 10, 2019, docket no. 124, remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 24th day of January, 2020.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1