UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID A. GOULD, et al.,<br><br>　　　　　　　Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The consent motion to stay this matter, docket no. 135, is GRANTED as follows. The deadline of March 12, 2020, to file dispositive motions is STRICKEN, and this case is STAYED pending further order. The Government's second motion for sanctions against defendant David Gould, docket no. 101, is STRICKEN without prejudice to refiling if appropriate after the stay is lifted. Until the stay is lifted, the Government shall confer with the other parties and file a status report by the first day of each month.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of March, 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1