Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:16-cv-1041-TSZ |
| Plaintiff, | ) |
| | ) **STATUS REPORT** |
| v. | ) |
| | ) |
| DAVID A. GOULD, et al., | ) |
| | ) |
| Defendants. | ) |

The United States of America hereby submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

Counsel for the United States remains in the process of working with the IRS, and with counsel for Defendant Jane Polinder, to re-evaluate the tax liabilities at issue in this action. The IRS continues to review information that Ms. Polinder's counsel provided as well as review the IRS's records. The current situation involving Covid-19 restrictions has slowed this process.

In addition, this week, counsel for the United States again will attempt to contact Defendant David Gould to address settlement-related questions that remain open.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

| | | |
|---|---|---|
| 1 | Dated:  June 30, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General |
| 4 | | */s/ Charles J. Butler* |
| 5 | | CHARLES J. BUTLER<br>Trial Attorney, Tax Division |
| 6 | | U.S. Department of Justice<br>P.O. Box 683 |
| 7 | | Washington, D.C.  20044<br>202-514-6062 (v) |
| 8 | | 202-307-0054 (f)<br>Charles.J.Butler@usdoj.gov |
| 9 | | |
| 10 | | Of Counsel:<br>BRIAN T. MORAN |
| 11 | | United States Attorney<br>Western District of Washington |
| 12 | | |
| 13 | | *Attorneys for the United States of America* |

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

                                      *s/ Charles J. Butler*
                                      CHARLES J. BUTLER
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062