UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID A. GOULD, et al.,<br><br>　　　　　　　Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Within fourteen (14) days of the date of this Minute Order, the parties shall show cause why this matter should not be dismissed without prejudice for failure to file the monthly status reports required by the Minute Order dated March 9, 2020, docket no. 136.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 16th day of November, 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1