Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DAVID A. GOULD, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:16-cv-1041-TSZ <br><br> **UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE** |

The United States of America hereby responds to the Court's Minute Order of January 21, 2022 (Dkt. 152). The Order directs the parties to show cause why this matter should not be dismissed for failure to file monthly status reports as required by the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

The United States last filed a status report on September 14, 2021. The failure to file a monthly status report since than is an oversight on the United States' part for which the United States apologizes to the Court. In the fall of 2021, counsel for the United States had a multi-day trial and court appearances in other matters, which interrupted the usual practices in this matter. With this response, the United States is reporting the status of settlement discussions and will resume filing status reports by the first of each month.

U.S. RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

Counsel for the United States has been communicating with counsel for Defendant Jane Polinder to reach agreement on Ms. Polinder's tax liabilities for the relevant years. There has been some delay because, apart from delays resulting from panedmic-related restrictions, the property at issue in this action is Ms. Polinder's primary residence. The parties believe they have determined how to address that problem. The parties should be able to resolve the remaining issues in short order.

The United States appreciates the Court's patience in this action.

Dated: February 3, 2022

Respectfully submitted,

DAVID HUBBERT
Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6062 (v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

Of Counsel:
NICHOLAS W. BROWN
United States Attorney
Western District of Washington

*Attorneys for the United States of America*

U.S. RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

                    *s/ Charles J. Butler*
                    CHARLES J. BUTLER
                    Trial Attorney, Tax Division
                    U.S. Department of Justice

U.S. RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062