The Honorable THOMAS S. ZILLY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>DAVID A. GOULD, et al.,<br><br>                      Defendants. | NO. 2:16-cv-01041-TSZ<br><br>NOTICE OF WITHDRAWAL<br>OF COUNSEL |

TO:              CLERK OF THE COURT

AND TO:      CHARLES J. BUTLER, Attorney for Plaintiff U.S. Department of Justice

AND TO:      DAVID A. GOULD, Defendant *Pro Se*

AND TO:      JOHN MARK COLVIN, Attorney for Defendant Jane C. Polinder

AND TO:      JASON A. HARN, Attorney for Defendant Jane C. Polinder

AND TO:      ROYCE BUCKINGHAM, Attorney for Defendant Whatcom County Treasurer

     PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(3), effective immediately, LIANNE S. MALLOY, Senior Counsel, hereby withdraws as counsel for Defendant Washington State Department of Social and Health Services.

//

1

1      PLEASE ALSO TAKE NOTICE, "DSHS shall not be required to appear at future

2   hearings in this litigation and shall be treated as a non-party for all purposes, unless the Court

3   orders otherwise." *See* Order Regarding Lien Priority (Dkt. #129 ¶ 4) entered by the Court on

4   December 5, 2019.

5      RESPECTFULLY SUBMITTED this 17th day of February 2022.

6                                  ROBERT W. FERGUSON
                                   Attorney General
7

8                   By:    s/   *Lianne S. Malloy*
                           LIANNE S. MALLOY, WSBA No. 15028
9                          Senior Counsel
                           Office of the Attorney General
10                         PO Box 40124
                           7141 Cleanwater Drive SW
11                         Olympia, WA  98504-0124
                           Telephone:    (360) 586-6548
12                         Email:        Lianne.Malloy@atg.wa.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the following:

4

CHARLES J. BUTLER                    charles.j.butler@usdoj.gov

5

DAVID A. GOULD                       dagould0807@protonmail.com

6

JOHN MARK COLVIN                     jcolvin@colvinhallettlaw.com

7

JASON A. HARN                        jharn@colvinhallettlaw.com

8

ROYCE BUCKINGHAM                     rbucking@co.whatcom.wa.us

9

I certify under penalty of perjury under the laws of the United States that the foregoing is

10

true and correct.

11

DATED this 17th day of February, 2022.

12

ROBERT W. FERGUSON
Attorney General

13

14

By:    s/   *Lianne S. Malloy*
LIANNE S. MALLOY, WSBA No. 15028
Senior Counsel

15

Office of the Attorney General
PO Box 40124

16

7141 Cleanwater Drive SW
Olympia, WA  98504-0124

17

Telephone:    (360) 586-6548
Email:        Lianne.Malloy@atg.wa.gov

18

19

20

21

22

23

24

25

26

3