Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID A. GOULD, et al., ) <br> ) <br> Defendants. ) | Case No. 2:16-cv-1041-TSZ <br><br> **STATUS REPORT** |

The United States hereby submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

Counsel for the United States has been communicating with counsel for Defendant Jane Polinder to reach agreement on Ms. Polinder's tax liabilities for the relevant years. This past week, Ms. Polinder submitted additional information, which counsel for the United States and the IRS are reviewing. The United States anticipates that these parties will be able to reach a resolution to the outstanding issues within approximately one month.

U.S. RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

| | |
|---|---|
| 1  Dated: March 1, 2022 | Respectfully submitted, |
| 2 | |
| 3 | DAVID HUBBERT<br>Deputy Assistant Attorney General |
| 4 | */s/ Charles J. Butler* |
| 5 | CHARLES J. BUTLER<br>Trial Attorney, Tax Division |
| 6 | U.S. Department of Justice<br>P.O. Box 683 |
| 7 | Washington, D.C.  20044<br>202-514-6062 (v) |
| 8 | 202-307-0054 (f)<br>Charles.J.Butler@usdoj.gov |
| 9 | |
| 10 | Of Counsel:<br>NICHOLAS W. BROWN |
| 11 | United States Attorney<br>Western District of Washington |
| 12 | |
| 13 | *Counsel for the United States of America* |

U.S. RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

U.S. RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062