Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>DAVID A. GOULD, et al.,              )<br>                                                              )<br>            Defendants.                     )<br>_____) | Case No. 2:16-cv-1041-TSZ<br><br>**STATUS REPORT** |

The United States hereby submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

Counsel for the United States continues to communicate with counsel for Defendant Jane Polinder to reach agreement on Ms. Polinder's tax liabilities for the relevant years. This past month, the United States' counsel arranged for a qualified official at the IRS to review information that Ms. Polinder recently provided. The United States remains hopeful that the parties will reach a resolution to the outstanding issues within approximately one month.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

Dated: April 1, 2022

Respectfully submitted,

DAVID HUBBERT
Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6062 (v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

Of Counsel:
NICHOLAS W. BROWN
United States Attorney
Western District of Washington

*Counsel for the United States of America*

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062