Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID A. GOULD, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:16-cv-1041-TSZ <br><br> **STATUS REPORT** |

The United States hereby submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136).  That Order stayed this action to allow for progress on settlement efforts.

The IRS continues to review information that Defendant Jane Polinder provided the United States last month.  In addition, Defendant David Gould has provided the IRS apparently new information that could be relevant.  Counsel for the United States must review that information.

The United States remains hopeful that it will reach a resolution to the outstanding issues with Ms. Polinder in short order, after which it can take steps to resolve the remainder of the case.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

Dated:  June 2, 2022

Respectfully submitted,

DAVID HUBBERT
Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6062 (v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

*Counsel for the United States of America*

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062