Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:16-cv-1041-TSZ |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| DAVID A. GOULD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The United States hereby submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

Counsel for the United States and counsel for Defendant Jane Polinder have a meeting scheduled for July 5, 2022. Counsel for the United States hopes to resolve the remaining issues between these parties at the meeting.

After reaching a resolution with Ms. Polinder, the United States will take steps to resolve the remainder of the case.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

| | | |
|---|---|---|
| 1 | Dated: July 1, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | DAVID HUBBERT<br>Deputy Assistant Attorney General |
| 4 | | */s/ Charles J. Butler* |
| 5 | | CHARLES J. BUTLER<br>Supervisory Trial Attorney, Tax Division |
| 6 | | U.S. Department of Justice<br>P.O. Box 683 |
| 7 | | Washington, D.C.  20044<br>202-514-6062 (v) |
| 8 | | 202-307-0054 (f)<br>Charles.J.Butler@usdoj.gov |
| 9 | | |
| 10 | | *Counsel for the United States of America* |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062