Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID A. GOULD, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:16-cv-1041-TSZ <br><br> **STATUS REPORT** |

The United States hereby submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

Counsel for the United States and counsel for Defendant Jane Polinder had a lengthy meeting on July 5, 2022. The United States believes there remain only minor issues between these two parties to resolve. Counsel for the United States awaits further information from Ms. Polinder's counsel.

After reaching a resolution with Ms. Polinder, the United States will take steps to resolve the remainder of the case.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

| | | |
|---|---|---|
| 1 | Dated:  Aug. 2, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | DAVID HUBBERT<br>Deputy Assistant Attorney General |
| 4 | | */s/ Charles J. Butler* |
| 5 | | CHARLES J. BUTLER<br>Assistant Chief, CTS-Western |
| 6 | | Tax Division, U.S. Department of Justice<br>P.O. Box 683 |
| 7 | | Washington, D.C.  20044<br>202-514-6062 (v) |
| 8 | | 202-307-0054 (f)<br>Charles.J.Butler@usdoj.gov |
| 9 | | |
| 10 | | *Counsel for the United States of America* |

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on Aug. 2, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Assistant Chief, CTS-Western
Tax Division
U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062