Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID A. GOULD, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:16-cv-1041-TSZ<br><br>**STATUS REPORT** |

The United States submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136). That Order stayed this action to allow for progress on settlement efforts.

Counsel for Defendant Jane Polinder recently provided the United States information that addresses the outstanding issues between these two parties. After counsel for the United States confirms that those issues are resolved, counsel will seek approval for a final agreement from the appropriate authority at the Department of Justice.

The United States and Ms. Polinder thus should be able to reach a final resolution or determine whether they must pursue a different course this month. Once that occurs, the United States will take steps to resolve the remainder of the case.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

| | | |
|---|---|---|
| 1 | Dated: Oct. 3, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | DAVID HUBBERT<br>Deputy Assistant Attorney General |
| 4 | | */s/ Charles J. Butler*<br>CHARLES J. BUTLER |
| 5 | | Assistant Chief, CTS-Western |
| 6 | | Tax Division, U.S. Department of Justice<br>P.O. Box 683 |
| 7 | | Washington, D.C.  20044<br>202-514-6062 (v) |
| 8 | | 202-307-0054 (f)<br>Charles.J.Butler@usdoj.gov |
| 9 | | |
| 10 | | *Counsel for the United States of America* |

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on Oct. 3, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Assistant Chief, CTS-Western
Tax Division
U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062