Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID A. GOULD, et al.,<br><br>    Defendants. | Case No. 2:16-cv-1041-TSZ<br><br>**STATUS REPORT** |

The United States submits this status report pursuant to the Court's Order of March 10, 2020 (Dkt. 136).  That Order stayed this action to allow for progress on settlement efforts.

The United States has reviewed the information Defendant Jane Polinder provided last month.  The information appears to resolve the outstanding issues between these two parties.  Counsel for the United States intends to confirm this with Ms. Polinder's counsel, then seek approval for a final agreement from the appropriate authority at the Department of Justice.

The United States anticipates reaching a final resolution with Ms. Polinder in short order.  Once that occurs, the United States will take steps to resolve the remainder of the case.

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

Dated: Nov. 1, 2022

Respectfully submitted,

DAVID HUBBERT
Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Assistant Chief, CTS-Western
Tax Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062 (v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

*Counsel for the United States of America*

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

**CERTIFICATE OF SERVICE**

I hereby certify that on Nov. 1, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties that have appeared in this action.

*s/ Charles J. Butler*
CHARLES J. BUTLER
Assistant Chief, CTS-Western
Tax Division
U.S. Department of Justice

STATUS REPORT
Case No. 2:16-cv-1041-TSZ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062