UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>DAVID A. GOULD, et al.,<br><br>             Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    Within fourteen (14) days of the date of this Minute Order, the parties shall show cause why this matter should not be dismissed for failure to file the monthly status reports required by the Minute Order dated March 9, 2020, docket no. 136. No monthly status report has been filed since February 1, 2023, when counsel for the United States indicated that the terms of a proposed settlement with defendant Jane Polinder would be conveyed to her counsel within a week. This case has been pending for over seven years, and in the absence of good cause why nothing has been filed in the last eight months, the Court will dismiss this matter pursuant to Federal Rule of Civil Procedure 41(b).

       (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

       Dated this 24th day of October, 2023.

                                                                 Ravi Subramanian
                                                                 Clerk

                                                                s/Laurie Cuaresma
                                                                 Deputy Clerk

MINUTE ORDER - 1