UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DAVID A. GOULD, et al.,<br><br>           Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Any objections to the request of the United States to lift the stay of this matter and set a dispositive motion deadline of January 5, 2024, <u>see</u> docket no. 167, shall be filed within fourteen (14) days of the date of this Minute Order,.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se David A. Gould.

Dated this 3rd day of November, 2023.

                                                      Ravi Subramanian
                                                      Clerk

                                                      s/Laurie Cuaresma
                                                      Deputy Clerk

MINUTE ORDER - 1