UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID A. GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Upon the Government's request, docket no. 167, which defendant Jane C. Polinder does not oppose, *see* docket no. 170, the stay of this matter is LIFTED, and this case is returned to the Court's active docket.

(2) Defendant David A. Gould's motion, docket no. 169, for dismissal with prejudice as a sanction against the Government, is DENIED.

(3) Any dispositive motion on the merits of the claims in this action shall be filed on or before February 15, 2024, and noted for the fourth Friday after filing.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se David A. Gould.

Dated this 22nd day of December, 2023.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 1