# Exhibit F

| Form **4549-A** (December 2020) | Department of the Treasury-Internal Revenue Service **Report of Income Tax Examination Changes** | | |
|---|---|---|---|

| Name and address of taxpayer | Taxpayer identification number | Return form number |
|---|---|---|
| David Gould<br>2450 Thornton<br>Ferndale  WA  99226 | | 1040 |
| | Person with whom examination changes were discussed. | Name and title<br>David Gould |

| | 1. **Adjustments to income** | **Period Ended**<br>12/31/2000 | **Period Ended**<br>12/31/2001 | **Period Ended**<br>12/31/2002 |
|---|---|---|---|---|
| a. | Sch E1 - Mortgage Interest | (4,609.00) | (4,609.00) | (4,609.00) |
| b. | Sch C1 - Gross Receipts or Sales | 30,903.00 | 18,699.00 | 16,625.00 |
| c. | Other Income - Community Property | (15,452.00) | (9,335.00) | (45,813.00) |
| d. | Sch E1 - Rents Received | 16,706.00 | 11,556.00 | 11,507.00 |
| e. | SE AGI Adjustment | (2,183.00) | (1,321.00) | (6,473.00) |
| f. | Standard Deduction | (3,675.00) | (3,800.00) | (3,925.00) |
| g. | Exemptions | (2,800.00) | (2,900.00) | (3,000.00) |
| h. | Taxable Interest | | 7.00 | |
| i. | Other Income - Cancellaiton of debt | | | 2,915.00 |
| j. | Other Income | | | 75,000.00 |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. | **Total adjustments** | 18,890.00 | 8,297.00 | 42,227.00 |
| 3. | Taxable income per return or as previously adjusted | 0.00 | 0.00 | 0.00 |
| 4. | **Corrected taxable income** | 18,890.00 | 8,297.00 | 42,227.00 |
| | Tax method | TAX TABLE | TAX TABLE | TAX TABLE |
| | Filing status | Married Separate | Married Separate | Married Separate |
| 5. | **Tax** | 2,831.00 | 1,241.00 | 8,299.00 |
| 6. | **Additional taxes/Alternative minimum tax** | | | |
| 7. | Corrected tax liability | 2,831.00 | 1,241.00 | 8,299.00 |
| 8. | **Less credits**  a. Rate Reduction Credit | | 300.00 | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 9. | **Balance** (line 7 less lines 8a through 8d) | 2,831.00 | 941.00 | 8,299.00 |
| 10. | **Plus other taxes**  a. Self Employment Tax | 4,366.00 | 2,642.00 | 12,946.00 |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 11. | Total corrected tax liability (line 9 plus lines 10a through 10d) | 7,197.00 | 3,583.00 | 21,245.00 |
| 12. | Total tax shown on return or as previously adjusted | 0.00 | 0.00 | 0.00 |
| 13. | Adjustments to:  a. | | | |
| | b. | | | |
| | c. | | | |
| 14. | Deficiency-Increase in tax or (overassessment-decrease in tax) (line 11 less line 12 adjusted by lines 13a through 13c) | 7,197.00 | 3,583.00 | 21,245.00 |
| 15. | Adjustments to prepayment credits - increase (decrease) | | | |
| 16. | **Balance due or (overpayment)** - (line 14 adjusted by line 15) (excluding interest and penalties) | 7,197.00 | 3,583.00 | 21,245.00 |

Catalog Number 23110T    www.irs.gov    Form **4549-A** (Rev. 12-2020)

| Name of taxpayer<br>David Gould | Taxpayer identification number | Return form number<br>1040 |
|---|---|---|

| 17. Penalties, additions to tax, and additional amounts -- IRC sections | Period Ended<br>12/31/2000 | Period Ended<br>12/31/2001 | Period Ended<br>12/31/2002 |
|---|---:|---:|---:|
| a. Delq-IRC 6651(a)(2) | 1,799.25 | 895.75 | 5,311.25 |
| b. Delq-IRC 6651(a)(1) | 1,619.33 | 806.18 | 4,780.13 |
| c. Estimated Tax-IRC 6654 | 387.11 | 143.16 | 709.96 |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total penalties, additions to tax, and additional amounts** | 3,805.69 | 1,845.09 | 10,801.34 |
| 19. **Summary of taxes, penalties and interest** | | | |
| a. Balance due or *(overpayment)* taxes - *(line 16, page 1)* | 7,197.00 | 3,583.00 | 21,245.00 |
| b. Penalties and additions *(line 18)* - computed to 02/14/2024 | 3,805.69 | 1,845.09 | 10,801.34 |
| c. Interest** *(IRC § 6601)* - estimated and computed to 03/15/2024 | 21,157.09 | 9,475.40 | 51,324.45 |
| d. Amount due or *(refund)* - *(sum of lines a, b, and c)* | 32,159.78 | 14,903.49 | 83,370.79 |

**Interest, as provided by law, will be charged on any unpaid amount until it is paid in full.

Other information

| Examiner's signature<br>Karin Beard | Employee ID<br>1000277207 | Office<br>Seattle, WA | Date<br>02/14/2024 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, **you should amend your state return** by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Date 02/15/2024  Page 3 of 4

| Form **4549-A** (December 2020) | Department of the Treasury-Internal Revenue Service **Report of Income Tax Examination Changes** | | |
|---|---|---|---|
| Name and address of taxpayer<br>David Gould<br>2450 Thornton<br>Ferndale  WA  99226 | Taxpayer identification number | | Return form number<br>1040 |
| | Person with whom examination changes were discussed. | Name and title<br>David Gould | |

| | 1. **Adjustments to income** | **Period Ended**<br>12/31/2003 | **Period Ended**<br>12/31/2004 | **Period Ended** |
|---|---|---|---|---|
| a. | Sch E1 - Mortgage Interest | (375.00) | | |
| b. | Taxable Interest | 58.00 | 32.00 | |
| c. | Sch C1 - Gross Receipts or Sales | 42,666.00 | 43,024.00 | |
| d. | Other Income - Community Property | (21,333.00) | (21,512.00) | |
| e. | Sch E1 - Rents Received | 1,366.00 | | |
| f. | Capital Gain or Loss | 76,355.00 | 1,842.00 | |
| g. | SE AGI Adjustment | (3,015.00) | (3,040.00) | |
| h. | Standard Deduction | (4,750.00) | (4,850.00) | |
| i. | Exemptions | (3,050.00) | (3,100.00) | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. | **Total adjustments** | 87,922.00 | 12,396.00 | |
| 3. | Taxable income per return or as previously adjusted | 0.00 | 0.00 | |
| 4. | **Corrected taxable income** | 87,922.00 | 12,396.00 | |
| | Tax method | SCHEDULE D | SCHEDULE D | |
| | Filing status | Married Separate | Married Separate | |
| 5. | **Tax** | 11,156.00 | 1,321.00 | |
| 6. | Additional taxes/Alternative minimum tax | | | |
| 7. | Corrected tax liability | 11,156.00 | 1,321.00 | |
| 8. | **Less credits**  a. | | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 9. | **Balance** (line 7 less lines 8a through 8d) | 11,156.00 | 1,321.00 | |
| 10. | **Plus other taxes**  a. Self Employment Tax | 6,029.00 | 6,079.00 | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 11. | Total corrected tax liability (line 9 plus lines 10a through 10d) | 17,185.00 | 7,400.00 | |
| 12. | Total tax shown on return or as previously adjusted | 0.00 | 0.00 | |
| 13. | Adjustments to:  a. | | | |
| | b. | | | |
| | c. | | | |
| 14. | Deficiency-Increase in tax or (overassessment-decrease in tax) (line 11 less line 12 adjusted by lines 13a through 13c) | 17,185.00 | 7,400.00 | |
| 15. | Adjustments to prepayment credits - increase (decrease) | | | |
| 16. | **Balance due or** (overpayment) - (line 14 adjusted by line 15) (excluding interest and penalties) | 17,185.00 | 7,400.00 | |

Catalog Number 23110T    www.irs.gov    Form **4549-A** (Rev. 12-2020)

| Name of taxpayer<br>David Gould | Taxpayer identification number<br>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 | Return form number<br>1040 |
|---|---|---|
| 17. Penalties, additions to tax, and additional amounts -- IRC sections | **Period Ended**<br>12/31/2003 | **Period Ended**<br>12/31/2004 | **Period Ended** |

| | | | |
|---|---|---|---|
| a. Delq-IRC 6651(a)(2) | 4,296.25 | 1,850.00 | |
| b. Delq-IRC 6651(a)(1) | 3,866.63 | 1,665.00 | |
| c. Estimated Tax-IRC 6654 | 443.39 | 212.08 | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total penalties, additions to tax, and additional amounts** | 8,606.27 | 3,727.08 | |
| 19. **Summary of taxes, penalties and interest** | | | |
| a. Balance due or *(overpayment)* taxes - *(line 16, page 1)* | 17,185.00 | 7,400.00 | |
| b. Penalties and additions *(line 18)* - computed to 02/14/2024 | 8,606.27 | 3,727.08 | |
| c. Interest** *(IRC § 6601)* - estimated and computed to 03/15/2024 | 32,031.45 | 12,726.07 | |
| d. Amount due or *(refund)* - (sum of lines a, b, and c) | 57,822.72 | 23,853.15 | |

**Interest, as provided by law, will be charged on any unpaid amount until it is paid in full.

Other information

| Examiner's signature<br>Karin Beard | Employee ID<br>1000277207 | Office<br>Seattle, WA | Date<br>02/14/2024 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, **you should amend your state return** by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.