# Exhibit 13

ARTICLES OF INCORPORATION
AND CHARTER FOR THE

601-706-621

Director
of
Excalibur

- a private religious corporation sole -

FILED
STATE OF WASHINGTON
APR 1 8 1996
RALPH MUNRO
SECRETARY OF STATE

**IMPORTANT NOTICE:**
IT IS UNLAWFUL FOR THE CHURCH OF THIS CHARTER TO BE INCORPORATED UNDER THE LAWS OF ANY SECULAR STATE ON EARTH, OR OF ANY RELIGIOUS GOVERNMENT OF THE WORLD. THIS IS AN EXCLUSIVE CORPORATION OF THE KINGDOM OF HEAVEN ON EARTH. IN KEEPING WITH ARTICLE 1 OF THE BILL OF RIGHTS AMENDMENTS TO THE CONSTITUTION FOR THE UNITED STATES OF AMERICA, REGARDING THE ESTABLISHMENT AND FREE EXERCISE OF RELIGION, THIS CORPORATION SOLE IS NOT, NOR CAN IT BE, A CREATION OF THE UNITED STATES OR ANY OF ITS SEVERAL STATES. THE FILING OF THIS WRITTEN INSTRUMENT WITH ANY SECRETARY OF STATE OR COUNTY RECORDER IS FOR THE PURPOSE OF NOTIFICATION ONLY OF THIS LAWFUL ENTITY AS A SOVEREIGN VICEGERENT OF THE ETERNAL CREATOR. THE OFFICE OF THIS CORPORATION SOLE DERIVES ITS POWERS OF CREATION AND EXISTENCE FROM OUR CREATOR GOD AND OUR LORD JESUS CHRIST. THE OFFICE HOLDER HAS BEEN ECCLESIASTICALLY AND COMMERCIALLY PETITIONED BY THE ELDERS AND MEMBERS OF THE CHURCH TO ACCEPT SUCH OFFICE. FREEDOM OF RELIGION, THE RIGHT TO CONTRACT, AND DUE PROCESS OF LAW IS PROTECTED BY THE CONSTITUTIONS AND LAWS OF THE UNITED STATES AND EACH OF ITS MEMBER STATES, IS ALSO RECOGNIZED BY INTERNATIONAL LAWS AND TREATIES, AS WELL AS THE NATURAL UNIVERSAL LAWS OF THE ETERNAL SUPREME SOVEREIGN.

Know all men by these presents that David Gould is the duly appointed and qualified Director of Excalibur d/b/a Baycor Development having canonically taken possession of this office on January 1, 1995 in accordance with the discipline of Excalibur, an unincorporated religious family assembly, and does hereby, in conformity with such discipline and privacy, for the purpose of creating a Corporation Sole on that same day under its own authority and jurisdiction. Title 24, Chapter 12 of the Revised Code of Washington (24.12 RCW) provides authority for the Secretary of State; and RCW 36.18.010 and 65.04.080 and 110 provides authority for recorders of the various counties to receive for filing on behalf of all people, as a matter of record for public inspection, the following Articles of Incorporation:

CHARTER FOR THE DIRECTOR OF
Excalibur
- PAGE 1 OF 5 -

1996 3213  0053 002

125-2-67

USA00902
USA00902

## ARTICLE I

The name of this Corporation Sole is the <u>Director of Excalibur</u>.

## ARTICLE II

The registered agent and mailing address for the regional missionary office of this Corporation Sole shall be that of its General Counsel Glen Stoll of Remedies at Law; 9115-236th SW, Edmonds, Washington, (98026), and its place of location shall be in the Kingdom of Heaven on Earth, throughout the fullness of all the land, including but not limited to the above address.

## ARTICLE III

The purpose of the corporation is to do whatever will promote Christian values and the principles of liberty and justice, the comfort, happiness and improvement of an indefinite number of natural men and women consistent with the best interests of <u>Excalibur</u>. In performing his/her duties, the director must be continually open to God's guidance day by day. The plan is to focus on discovering, analyzing, and achieving new knowledge and continued spiritual awareness with an effort toward helping others achieve the way, the truth, and the life. This is to be achieved through spiritual enlightenment of reaching new and difficult objectives, and by researching, developing, and implementing the truth and fulfillment of doing unto others as we would wish others to do unto us. The operation of this corporation is to be in keeping with the Ten Commandments of our Eternal Creator God and with the Testimonies of Jesus Christ that all might come out of the Babylonian systems and experience the peace and joy of the Kingdom of Heaven. Worthwhile projects for the common good of the assemblage of the ministry and its members, along with other acts and programs beneficial to the assembly at large, are to be the emphasis.

CHARTER FOR THE DIRECTOR OF
Excalibur
- PAGE 2 OF 5 -

USA00903
USA00903

)                    )

## ARTICLE IV

The property of this Corporation Sole is irrevocably dedicated to religious purposes and no part of the net income or assets of this Corporation Sole shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person other than for the purposes of this Corporation Sole as stated in these Articles of Incorporation. All title to, or equitable interest in, real and other property held by the above-named Corporation Sole, by Director David Gould, or by said Director's successor in office, is in the official capacity of Director of Excalibur, and shall be held in trust for the use, purpose, benefit and behoof of the unincorporated religious family assembly herein named. Although it is intended for the duration of this Corporation Sole to be perpetual, should it ever become necessary for a dissolution or winding up of this Corporation Sole to occur, its assets remaining after payment, or provision for payment, of all debts and liabilities of this Corporation Sole shall be distributed to the Director and General Counsel of Remedies at Law, or its successor, a Corporation Sole that is on file with the Secretary of State in Oklahoma, and under the same nature of existence as this one.

## ARTICLE V

This Corporation Sole shall, for the purpose of the trust, have power to contract in the same manner and to the same extent as natural men and women, and may sue and be sued, and otherwise function in all Courts of Justice and places of Lawful jurisdiction, in all matters and proceedings whatever, and shall have authority to borrow money and give promissory notes therefore, and to secure the payment of the same by mortgage or other lien upon property, real and personal; to buy, sell, lease, mortgage and in every way deal in real and movable property in the same manner as a natural person may, and to employ Assistance of Counsel, whether union or nonunion, to the extent that any such Assistance of Counsel shall be utilized in a capacity never greater

CHARTER FOR THE DIRECTOR OF
Excalibur
- PAGE 3 OF 5 -

1996 3213 0053 004

/25-2-69

USA00904
USA00904

than subordinate co-counsel in order to protect the rights and responsibilities of the Corporation Sole, to address all courts or other bodies in any and all matters whether National or International.

## ARTICLE VI

The manner in which any vacancy occurring in the incumbency of such Director, the corporation's sole officer which is its only member, as required by the discipline of Excalibur in gathering to be filled, is through an appointment effected by means of birthright appointment, formally approved in solemn assembly of clerical staff and general membership of the unincorporated religious family assembly.

_____
David Gould, Director

On this day personally appeared before us, David Gould, to us known to be the individual described in and who executed the within and foregoing Articles of Incorporation of the office of the Director of Excalibur, and acknowledged signing the same as a free and voluntary act and deed, for the uses and purposes therein mentioned. In witness whereof, we hereunto set our hands in triplicate original, this 13th day of April, in the year of our Lord 96, in the Kingdom of Heaven at Lynden, Wash.

_____         _____
Gerald Polinder, Secretary                          Glen Stoll, Registered Agent

### CERTIFICATE OF EVIDENCE OF APPOINTMENT

David Gould, the duly appointed and qualified Director of Excalibur, an unincorporated religious family assembly, by virtue of Divine appointment is and has been sustained as such by the general membership of said religious assembly in special meeting assembled on the 1st day of January, in the year of our Lord 1995 and evidenced by an official recording of such appointment signed by Gerald Polinder, Secretary of Excalibur, whose mailing address is % the office of this corporation, being the one charged with the duty of keeping the chronicle. The following is hereby attested to as being a true and correct copy of said appointment therein contained, to wit:

CHARTER FOR THE DIRECTOR OF
Excalibur
- PAGE 4 OF 5 -

1996 3213 0053 005                                       125.2.70

USA00905
USA00905

By unanimous sustaining vote of the general membership of Excalibur, in special elective meeting assembled, on this the 1st day of January in the year of our Lord 1995, David Gould was duly appointed to the office of Director of Excalibur for a term of duration until death or abdication.

The manner in which any vacancy, occurring in the incumbency of such Director, is required to be filled by the Constitution, Canons, Rules, Regulations, and Discipline of the above named religious assembly, is set forth in Article VI of the preceding Articles of Incorporation of the Director of Excalibur, a Corporation Sole, which date of birth is January 1, 1995.

_Gerald Polinder_
Gerald Polinder, Secretary

This instrument, having been acknowledged by the Secretary Gerald Polinder as true, correct, and certain, was executed this 13th day of April, in the year of our Lord 1996, in the Kingdom of Heaven at Lynden, Wash. before:

_David Gould_
David Gould, Director

_Glen Stoll_
Glen Stoll, Registered Agent

### NOTICE OF APPOINTMENT

By unanimous vote of the general membership of Excalibur, an unincorporated religious family assembly, in special electoral meeting assembled, on the 1st day of January, in the year of our Lord 1995, David Gould was duly appointed to the office of Director of Excalibur, for a term of life or abdication.

Signed this 13th day of April, in the year of our Lord 1996.

_Gerald Polinder_
Gerald Polinder, Secretary

### CONSENT TO SERVE AS REGISTERED AGENT

I, Glen Stoll, hereby consent to serve as Registered Agent for Excalibur and for the corporation of its director. I understand that as agent it will be my responsibility, among other things: to receive service of process, to forward all mail, and to immediately notify the other Officers of Excalibur in the event of my resignation, or of any changes in the Registered Office address.

Signed this 13th day of April, in the year of our Lord 1996.

_Glen Stoll_
Glen Stoll, Registered Agent

CHARTER FOR THE DIRECTOR OF
Excalibur
- PAGE 5 OF 5 -

/25-2-71

USA00906
USA00906