# Exhibit 17

Of BROOKLINE PROPETIES
c/o 1410 Girard St. Suite 147, Bellingham, Washington 98248

COMES NOW the General Trust Manager of **BROOKLINE PROPETIES**, **Patrick Shannon**, by unsworn affirmation and says the following:

I AM THE GENERAL TRUST MANAGER of **BROOKLINE PROPETIES**, a Common Law Unincorporated Business Organization, hereinafter referred to as "this UBTO," and that as such I have the exclusive authority to act for and in behalf of the name "**BROOKLINE PROPETIES**", and that my authority includes, without limitation, the power to execute contracts of any kind and description; to buy, sell, and deal with assets or property of all kinds; to direct and control the routine management concerning any opportunity that may benefit this UBTO; to sell or exchange assets; to make investments of any and all kinds; to pay debts and obligations; and to perform any or all other actions or functions, and have full powers which any person in the world would have naturally or by law. FURTHER, my signature as the Business Manager is sufficient to execute any conveyance, deed, lease, contract, commercial paper, debt obligation, and any other document or agreement binding upon this UBTO.

THIS AFFIDAVIT may be recorded at the option of the Board of Trustees with the County Clerk and Recorder's Office in whatever state and county the Board of Trustees deems to be beneficial to this UBTO.

FURTHER AFFIANT SAYETH NOT.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

/s/ _____  Date: 5-12-98

Patrick Shannon, General Trust Manager of BROOKLINE PROPETIES. ALL RIGHTS RESERVED

## NOTARY STATEMENT -- FOR SIGNATURE IDENTIFICATION ONLY

State of Washington   )
                      ) ss.
County of Whatcom     )

On May 12, 1998, before me, GARY H. PICKERING JR, a Notary Public in and for said County and State, personally appeared PATRICK SHANNON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

/s/ _____  8-9-2001
NOTARY SIGNATURE                      GARY PICKERING

USA02359
USA02359