UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID A. GOULD, et al.,<br><br>　　　　　　Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Defendant David A. Gould's motion for extension, docket no. 178, is GRANTED as follows:

　　　　　(a)　The Government's motion for summary judgment, docket no. 177, is RENOTED to April 12, 2024.

　　　　　(b)　Any response to the Government's motion for summary judgment shall be filed by April 8, 2024.

　　　　　(c)　Any reply in support of the Government's motion for summary judgment shall be filed by the new noting date.

　　　(2)　The stipulated motion for entry of judgment against only defendant Jane Polinder, docket no. 176, which does not address the standard set forth in Federal Rule of Civil Procedure 54(b) for the entry of a partial judgment, is RENOTED to April 12, 2024, and will be considered together with the Government's motion for summary judgment.

　　　(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se David A. Gould.

　　　Dated this 27th day of February, 2024.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1