UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS Plaintiff's unopposed motion. Motion (docket no. 189); see Notice (docket no. 190) ("Both Defendant David Gould and Defendant Jane Polinder have informed the United States that they do not oppose this motion."). Gould's motion, docket no. 188, is renoted for consideration to November 14, 2024. Pursuant to LCR 7(d)(3), Plaintiff's opposition to Gould's motion is due by November 8, 2024. Any reply is due by November 14, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of October, 2024.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

MINUTE ORDER - 1