IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

UNITED STATES OF AMERICA,

          **Plaintiff**

v.                                   C16-1041 TSZ

DAVID A GOULD,                 **REPLY TO UNITED STATES' OPPOSITION TO GOULD'S MOTION FOR LEAVE TO FILE SURREPLY (ENTRY 210)**

          **Defendant.**

      An attorney and real estate agent guided by ethical rules of professional conduct cannot, without violating those ethical rules, fraudulently conceal to a potential buyer of the Subject Property that an appeal is pending in this case or that third party lien-holders have an automatic right to have the judgment vacated so long as same is filed within one year of final judgment per 28 USC 1655 and Federal Rule of Civil Procedure 60(d)(2).

      There can be no waiver relative to this gross attempt to incite the receiver to commit fraud by inducing a purchase under the pretense that the subject property is conveyed "free and clear." Rather, ethical rules of professional conduct would dictate that potential buyers be duly informed that the Subject Property remains subject to ongoing litigation or the potential there for until Gould's appeal is decided and until the post-final judgment one year period referred to above are completed.

                                                 Date: 02/18/2025

                                                 Respectfully submitted,

                                                 _____*/s/ David A. Gould*_____
                                                 David A. Gould, Defendant

CERTIFICATE OF SERVICE

      I, David A. Gould, certify that I filed this document by ECF on February 18, 2025, which will provide electronic notice to all parties that have appeared in this action.

                        By:      */s/ David A. Gould*
                                  David A. Gould