UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID GOULD, et al.,<br><br>        Defendants. | C16-1041 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The Court has reviewed the Receiver's Progress Report and Notice of Pending Sale, docket no. 220. The Government is ORDERED to submit a status report on or before June 2, 2025, that explains whether the sale described in Exhibit A of the Receiver's Progress Report, docket no. 220, has closed or when it is anticipated to close. The Court DEFERS ruling on the Government's Motion for Sanctions, docket no. 218, and that motion is hereby RENOTED to June 2, 2025.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and Defendant David Gould pro se.

      Dated this 22nd day of May, 2025.

                                                                       Ravi Subramanian
                                                                       Clerk

                                                                       s/Laurie Cuaresma
                                                                       Deputy Clerk

MINUTE ORDER - 1