UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GOULD, et al.,

    Defendants.

C16-1041 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Government's Motion for Sanctions against Defendant David Gould, docket no. 218, is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and Defendant David Gould pro se.

Dated this 26th day of June, 2025.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

MINUTE ORDER - 1